

MARTY K. COURSON, ESQ (SBN No. 178031)
LAW OFFICE OF MARTY K. COURSON
201 Spear Street, Suite 1100
San Francisco, California 94105
Telephone: 415/433-3100
Facsimile: 415/433-3101

Attorney for Debtor

Signed and Filed: February 24, 2016

HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>ELIZER VEDAR,<br><br>        Debtor. | Case No. 10-33795<br><br>Chapter 13<br><br>NO HEARING DATE SET<br><br>HON. HANNAH L. BLUMENSTIEL |

**JUDGMENT VOIDING LIEN OF INDYMAC MORTGAGE SERVICES, A DIVISION OF ONE WEST BANK, FSB (NOW KNOWN AS CIT BANK, N.A.)**

On April 22, 2011, this Court entered its Order Granting Motion To Value Security Under FRBP 3012 And To Avoid Lien Of Indymac Mortgage Services, A Division Of One West Bank, FSB. That order was subject to being set aside until Debtor completed plan payments in this case. Debtor, having completed plan payments, is entitled to a judgment permanently avoiding the subject lien. Therefore,

**THE COURT ENTERS THE FOLLOWING JUDGMENT:**

1. The lien which is evidenced by the document entitled "Deed of Trust and Assignment of Rents" recorded on March 20, 2006 in the Official Records of the County of San Mateo as Document No. 2006-039591, and which encumbers debtor's real property located at 125 Longford Dr. South San Francisco, CA. 94080, which real property is

| | |
|---|---|
| 1 | more fully described in paragraph 2, below, is hereby determined to be entirely, |
| 2 | permanently, and for all purposes, void and unenforceable. |

2. **LEGAL DESCRIPTION:**

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF SOUTH SAN FRANCISCO, COUNTY OF SAN MATEO AND IS DESCRIBED AS FOLLOWS:

Lot 13, in Block 13, as shown on that certain Map entitled, "WINSTON MANOR NO. 2. SOUTH SAN FRANCISCO, SAN MATEO COUNTY, CALIFORNIA", filed in the office of the recorder of the County of San Mateo County, State of California, on May 28, 1951 in Book 33 of Maps at pages(s) 28 and 29.

Joint Plant No: 010-007-073-05A
APN: 010-073-050

***END OF ORDER***

JUDGMENT VOIDING LIEN OF INDYMAC MORTGAGE SERVICES, A DIVISION OF ONE WEST BANK, FSB (NOW KNOWN AS CIT BANK, N.A.) - 2

**Court Service List:**

Barrett Daffin Frappier Treder & Weiss, LLP
20955 Pathfinder Road Suite 300
Diamond Bar, CA 91765

CIT Bank, N.A. fka Onewest Bank, FSB
2900 Esperanza Crossing
Austin, TX 78758

Joseph Otting, President & CEO
CIT Bank, N.A. fka OneWest Bank, FSB
888 E. Walnut Street
Pasadena, CA 91101

Ditech Financial, LLC
Attn: Officer, Managing or General Agent
c/o CT Corporation System
1100 Landmark Towers, 345 St Peter St
Saint Paul, MN 55102

JUDGMENT VOIDING LIEN OF INDYMAC MORTGAGE SERVICES, A DIVISION OF ONE WEST BANK, FSB (NOW KNOWN AS CIT BANK, N.A.) - 3