0050-1B-EPIR1B-00036335-176614

DAVID BURCHARD
CHAPTER 13 STANDING TRUSTEE
P.O.BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801    FAX (650) 345-1514

**Entered on Docket**
**April 27, 2016**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: April 27, 2016

~~HANNAH L. BLUMENSTIEL~~
~~U.S. Bankruptcy Judge~~

HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge

## U. S. Bankruptcy Court
Northern District of California
San Francisco / Santa Rosa Divisions
### Order Discharging Trustee and Final Decree

| | | |
|---|---|---|
| **Case Number:** 10-3-3795 HLB | | |
| **In Re:** ELIZER B VEDAR | Soc. Sec./Tax ID Nos: XXX-XX-4673 | Address of Debtor 125 LONGFORD SOUTH SAN FRANCISCO, CA 94080-1038 |

The plan of the debtor(s) having been fully performed, and the estate of the above-named debtor(s) having been fully administered, it is ordered as follows:

1. The final account of David Burchard, Chapter 13 Standing Trustee is approved. He is discharged as trustee after having fully performed his duties.

** END OF ORDER**

0050-1B-EPIR1B-00036335-432187
10-3-3795 HLB

# COURT SERVICE LIST

ELIZER B VEDAR
125 LONGFORD
SOUTH SAN FRANCISCO, CA 94080-1038